Opinion issued December 21, 2021



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-20-00682-CV

———————————————

**JEFFERY TYRONE JENKINS, Appellant**

**V.**

**MEREDITH JEVON CRISWELL, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-39109**

---

## MEMORANDUM OPINION

Appellant, Jefferey Tyrone Jenkins, appeals from the trial court's order granting the petition for equitable review filed by appellee, Meredith Jevon Criswell. We dismiss this appeal for lack of jurisdiction.

An order granting a petition for equitable bill of review and setting aside the prior judgment, but which does not dispose of the case on the merits, is interlocutory and not an appealable order. *See Jordan v. Jordan*, 907 S.W.2d 471, 472 (Tex. 1995). By order dated October 5, 2021, this Court advised appellant that the appeal might be subject to dismissal and requested a response. Appellant did not file a response.

Because this Court lacks jurisdiction over this appeal, *see id.*, we dismiss the appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Landau.